**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JEFFERY REESE**                                                                                           **PLAINTIFF**

**v.**                                       **Case No. 3:20-cv-00307-JTK**

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

    Before the Court is Plaintiff Jeffery Reese's Motion to Dismiss Without Prejudice. *Doc.* 5. He seeks dismissal of this case and intends to pursue his appeal in Case No. 3:20-cv-00337-BRW-JJV. Therefore, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

    SO ORDERED THIS 3rd day of November, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE