# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JEFFERY REESE**                                                                 **PLAINTIFF**

v.                              Case No. 3:20-cv-00307-JTK

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

SO ADJUDGED THIS 3rd day of November, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE